IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| ELIZABETH A. CONNER, | ) | |
| | ) | Case No. 4:05cv00048 |
| Plaintiff | ) | |
| | ) | |
| | ) | **ORDER** |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | By: **Jackson L. Kiser** |
| | ) | Senior United States District Judge |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the accompanying Memorandum Opinion, the Commissioner's final decision is **AFFIRMED**, judgment is **GRANTED** to the Commissioner, and this action is **DISMISSED** from the docket of this Court.

The clerk is directed to strike this case from the active docket of this Court and to send certified copies of this Order to all counsel of record and to Magistrate Judge Crigler.

ENTERED this 25th day of April, 2006.

                                                         s/Jackson L. Kiser
                                                       Senior United States District Judge